JOSEPHUS CROFT *vs.* AARON P. MILLER and others.

December 30, 1879.

**Appeal—Garnishment.**—An order of a district court for judgment against a garnishee is not appealable.

*Daniel Rohrer*, for appellant.

*Emory Clark*, for respondent.

BERRY, J. This is, in effect, an appeal from an order of the district court for Nobles county, for judgment against a garnishee. Gen. St. 1878, c. 66, § 197, enacts that any party to a garnishment proceeding, deeming himself aggrieved by any order or final judgment therein, may remove the same from a district court to the supreme court, by appeal, in the same cases, in like manner, and with like effect as in a civil action.

That no appeal lies from an order for judgment in a civil action has been settled by several decisions of this court. *Lamb* v. *McCanna*, 14 Minn. 513; *Rogers* v. *Holyoke*, 14 Minn. 514; *Searles* v. *Thompson*, 18 Minn. 316; *Ryan* v.

*Kranz,* 25 Minn. 362; *Langdon* v. *Thompson,* 25 Minn. 509; *Chesterson* v. *Munson, ante,* p. 303.    Though the point of non-appealability is not made by counsel, we cannot overlook it, and the appeal is accordingly dismissed.